No. 202, Misc.  CURRIE v. NEW YORK.  Ct. App. N. Y. Certiorari denied.  *Isidore Dollinger* and *Daniel J. Sullivan* for respondent.

No. 373, Misc.  ALLEN v. WILSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, and *Derald E. Granberg* and *William D. Stein,* Deputy Attorneys General, for respondent.

No. 523, Misc.  YOUNG v. CROCKER, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 530, Misc.  BLAKEY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Robert G. Maysack* for the United States.

No. 558, Misc.  WINHOVEN ET AL. v. PITCHESS, SHERIFF.  C. A. 9th Cir.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Bradley A. Stoutt,* Deputy Attorney General, for respondent.

No. 612, Misc.  GREEN, AKA YOUNGBLOOD v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 673, Misc.  TAYLOR v. PAGE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 680, Misc.  ALVIDREZ v. CALIFORNIA ADULT AUTHORITY.  Sup. Ct. Cal.  Certiorari denied.

No. 684, Misc.  NADOLSKI v. MARYLAND.  Ct. App. Md. Certiorari denied.